# EXHIBIT 6

*Page 1*

**Bill To:**
Idaho Department of Correction
1299 N Orchard St, Suite 110
Boise, ID 83706


IDAHO DEPARTMENT OF CORRECTION

**Purchase Order**

THIS NUMBER MUST APPEAR ON
ALL INVOICES, BILLS OF LADING
AND PACKAGES.

**P.O. Nbr:**

**Vendor Code:** Exempt
**Acct #:**
**Vendor:** Exempt per I.C. § 19-2716A

**Ship-To:** Josh Tewalt
Director

**Date:** ▮

| Ship Via | FOB | Prepaid Freight | Requisitioner | Vendor Contact<br>Exempt per I.C. § 19-2716A | |
|---|---|---|---|---|---|
| Buyer | Delivery Date<br>TBD | Terms<br>See Below | Mstr Agree # | Sub Object | PCA |

| Line | Qty | U/M | Item Code/Description | Unit Price | Amount | Tax |
|---|---|---|---|---|---|---|
| 1 | 1 | | Pentobarbital  15 grams | | 50000.00 | N |

Upon payment, Vendor agrees to maintain and store the items in accordance with all applicable regulations until IDOC takes possession of the items.

Vendor agrees to refund IDOC an amount up to $50,000.00 if it fails to provide to IDOC the purchased items, in whole or in part.

**Total** $50,000.00

X _____
**Vendor**
*By using a mark (i.e. "X"), Vendor acknowledges said mark constitutes a valid signature for this Purchase Order.*

_____
IDOC Witness

_____
IDOC Witness

**Idaho Department of Correction_Execution Purchase Order**
Contributed by Idaho Statesman

```
                                                                                    Page 1
Bill To:
Idaho Department of Correction          IDAHO              Purchase Order
1299 N Orchard St, Suite 110       DEPARTMENT OF      THIS NUMBER MUST APPEAR ON
Boise, ID 83706                      CORRECTION      ALL INVOICES, BILLS OF LADING
                                                           AND PACKAGES.
                                                              P.O. Nbr:

Vendor Code: Exempt                                     Date:
Acct #:
Vendor:      Exempt per I.C. § 19-2716A      Ship-To:   Josh Tewalt
                                                        Director
```

| Ship Via | FOB | Prepaid Freight | Requisitioner | Vendor Contact Exempt per I.C. § 19-2716A | |
|---|---|---|---|---|---|
| Buyer | Delivery Date TBD | Terms See Below | Mstr Agree # | Sub Object | PCA |

| Line | Qty | U/M | Item Code/Description | Unit Price | Amount | Tax |
|---|---|---|---|---|---|---|
| 1 | 1 | | Pentobarbital 15 grams | | 100000.00 | N |
| | | | Upon payment, Vendor agrees to maintain and store the items in accordance with all applicable regulations until IDOC takes possession of the items. | | | |
| | | | Vendor agrees to refund IDOC an amount up to $100,000.00 if it fails to provide to IDOC the purchased items, in whole or in part. | | | |

Document    Page 1 of 1    +

Case 3:25-mc-00003    Document 8-6    Filed 03/30/25    Page 3 of 4 PageID #: 194

## IDOC POLICIES AND PROCEDURES UNDER REVIEW

| | | |
|---|---|---|
| **Bill To:**<br>Idaho Department of Correction<br>1299 N Orchard St, Suite 110<br>Boise, ID 83706 |  | *Page 1*<br>**Purchase Order**<br>THIS NUMBER MUST APPEAR ON ALL INVOICES, BILLS OF LADING AND PACKAGES.<br>**P.O. Nbr:** |

**Vendor Code:** Exempt
**Acct #:**
**Vendor:** Exempt per I.C. § 19-2716A

**Ship-To:** Josh Tewalt, Director

**Date:**

| Ship Via | FOB | Prepaid Freight | Requisitioner | Vendor Contact<br>Exempt per I.C. § 19-2716A | |
|---|---|---|---|---|---|
| Buyer | Delivery Date<br>TBD | Terms<br>See Below | Mstr Agree # | Sub Object | PCA |

| Line | Qty | U/M | Item Code/Description | Unit Price | Amount | Tax |
|---|---|---|---|---|---|---|
| 1 | 1 | | Pentobarbital 15 grams | | 50000.00 | N |
| | | | Upon payment, Vendor agrees to maintain and store the items in accordance with all applicable regulations until IDOC takes possession of the items. | | | |
| | | | Vendor agrees to refund IDOC an amount up to $50.000.00 if it fails to provide to IDOC the purchased items, in whole or in part. | | | |
| | | | | **Total** | **$50,000.00** | |

X ~~signature~~ C.P 10/24/24
**Vendor**
*By using a mark (i.e. "X"), Vendor acknowledges said mark constitutes a valid signature for this Purchase Order.*

~~signature~~
IDOC Witness

~~signature~~
IDOC Witness