# EXHIBIT 7

EXHIBIT A

STATEMENT OF WORK



IDOC shall pay the Contractor the sum of nine hundred thousand dollars ($900,000).