# EXHIBIT 11

From: "Chris Harris ( Harris Pharma LLP )"
To: "Randy Blades"
Date: 5/24/2011 1:47 PM
Subject: Re: Pentobarbitol

Hi Randy,

Sodium Thiopental is the drug used by most of the sates like Nebraska, South Dakota, Delaware, Arazona etc.

Regards,
Chris Harris
CEO
Harris Pharma LLP.

India
Phone ( Direct ):
Cell:
US:
Fax:
www.harrispharmallp.com

DISCLAIMER:

Information contained and transmitted by this E-MAIL including any attachment is proprietary to Harris Pharma LLP and is intended solely for the addressee/s, and may contain information that is privileged, confidential or exempt from disclosure under applicable law. Access to this e-mail and/or to the attachment by anyone else is unauthorized. If this is a forwarded message, the content and the views expressed in this E-MAIL may not reflect those of the Company. If you are not the intended recipient, an agent of the intended recipient or a person responsible for delivering the information to the named recipient, you are notified that any use, distribution, transmission, printing, copying or dissemination of this information in any way or in any manner is strictly prohibited. If you are not the intended recipient of this mail kindly delete from your system and inform the sender. There is no guarantee that the integrity of this communication has been maintained and nor is this communication free of viruses, interceptions or interference.


----- Original Message -----
From: "Randy Blades"
To: "Chris Harris ( Harris Pharma LLP )"
Sent: Wednesday, May 25, 2011 1:07 AM
Subject: Re: Pentobarbitol


Chris

Elliot referred to another drug called Sodium thiopental. We have to research that one.

Randy Blades
Warden

>>> "Chris.Harris.( Harris.Pharma LLP )"
>>> 05/19/2011 12:15 >>>
Hi Randy,

The company information is mentioned below. Do tell him Chris Harris has given you his information so he knows.

Caligor Rx Inc
Name: Elliot Safdie

Regards,
Chris Harris
CEO
Harris Pharma LLP.

India
Phone ( Direct ):
Cell:
US:
Fax:
www.harrispharmallp.com

DISCLAIMER:

Information contained and transmitted by this E-MAIL including any attachment is proprietary to Harris Pharma LLP and is intended solely for the addressee/s, and may contain information that is privileged, confidential or exempt from disclosure under applicable law. Access to this e-mail and/or to the attachment by anyone else is unauthorized. If this is a forwarded message, the content and the views expressed in this E-MAIL may not reflect those of the Company. If you are not the intended recipient, an agent of the intended recipient or a person responsible for delivering the information to the named recipient, you are notified that any use, distribution, transmission, printing, copying or dissemination of this information in any way or in any manner is strictly prohibited. If you are not the intended recipient of this mail kindly delete from your system and inform the sender. There is no guarantee that the integrity of this communication has been maintained and nor is this communication free of viruses, interceptions or interference.

----- Original Message -----

From: "Randy Blades"
To: "Chris Harris ( Harris Pharma LLP )"
Sent: Wednesday, May 18, 2011 10:35 PM
Subject: Re: Pentobarbitol

Chris

Yes, we would appreciate the working together through the US company. Please provide the information.

Thanks

Randy Blades
Warden
Idaho Maximum Security Institution

>>> "Chris Harris ( Harris Pharma LLP )"
>>> 05/18/2011 09:11 >>>
HI Randy,

Just wanted to know if there is any update regarding your order. I can understand your concern for importing. However this problem is being solved. There is a company in the USA who can import these products legally and supply to you. Other states are doing the same. I am selling to the company in US and you would be buying directly from them. They have all the DEA licenses to import these kinds of products and distribute it in the US. If you are interested I can pass the info on to you and we can work together through this company.

Regards,
Chris Harris
CEO
Harris Pharma LLP.



India
Phone
Cell:
US:
Fax:
www.harrispharmallp.com

DISCLAIMER:

Information contained and transmitted by this E-MAIL including any attachment is proprietary to Harris Pharma LLP and is intended solely for the addressee/s, and may contain information that is privileged, confidential or exempt from disclosure under applicable law. Access to this e-mail and/or to the attachment by anyone else is unauthorized. If this is a forwarded message, the content and the views expressed in this E-MAIL may

not reflect those of the Company. If you are not the intended recipient, an
agent of the intended recipient or a person responsible for delivering the
information to the named recipient, you are notified that any use,
distribution, transmission, printing, copying or dissemination of this
information in any way or in any manner is strictly prohibited. If you are
not the intended recipient of this mail kindly delete from your system and
inform the sender. There is no guarantee that the integrity of this
communication has been maintained and nor is this communication free of
viruses, interceptions or interference.

----- Original Message -----
From: "Randy Blades"
To: "Chris Harris"
Sent: Wednesday, April 06, 2011 2:11 AM
Subject: Re: Pentobarbitol

We are still developing the SOP. It will be a month or so I am afraid.

Randy Blades
Warden
Idaho Maximum Security Institution

>>> "Chris Harris"    04/05/2011 13:09 >>>
Hi Randy,

Any updates regarding the order?

Regards,
Chris

----- Original Message -----
From: "Randy Blades"
To: "Chris Harris"
Sent: Friday, March 25, 2011 12:55 AM
Subject: Re: Pentobarbitol

Yes, things are moving along at the speed of government :-) We do have a
meeting on it tomorrow however.

Randy Blades
Warden
Idaho Maximum Security Institution

>>> "Chris Harris"    03/24/2011 13:18 >>>

Hi Randy,

Any updates?

Regards,
Chris Harris
Director Sales & Marketing
KAYEM Pharmaceuticals Pvt. Ltd.

Mumbai - 400 103,
Maharashtra,
India
Phone ( Direct ):
Cell:
www.kayempharma.org

DISCLAIMER:

Information contained and transmitted by this E-MAIL including any attachment is proprietary to Kayem Pharmaceutical Pvt Ltd and is intended solely for the addressee/s, and may contain information that is privileged, confidential or exempt from disclosure under applicable law. Access to this e-mail and/or to the attachment by anyone else is unauthorized. If this is a forwarded message, the content and the views expressed in this E-MAIL may not reflect those of the Company. If you are not the intended recipient, an agent of the intended recipient or a person responsible for delivering the information to the named recipient, you are notified that any use, distribution, transmission, printing, copying or dissemination of this information in any way or in any manner is strictly prohibited. If you are not the intended recipient of this mail kindly delete from your system and inform the sender. There is no guarantee that the integrity of this communication has been maintained and nor is this communication free of viruses, interceptions or interference.

----- Original Message -----
From: "Randy Blades"
To: "Chris Harris"
Sent: Monday, March 21, 2011 9:23 PM
Subject: Re: Pentobarbitol

Chris

We are having some discussion with our central office folk on which method to use.

Randy Blades
Warden
Idaho Maximum Security Institution

>>> "Chris Harris" ▮▮▮▮▮▮▮▮▮▮ 03/21/2011 08:59 >>>
HI Randy,

Just wanted to know if there is any update regarding your order.

Regards,
Chris Harris
Director Sales & Marketing
KAYEM Pharmaceuticals Pvt. Ltd,
▮▮▮▮▮▮▮▮▮▮
Mumbai - 400 103,
Maharashtra,
India
Phone ( Direct ) ▮▮▮▮▮
Cell: ▮▮▮▮▮
Fax: ▮▮▮▮▮
www.kayempharma.com

DISCLAIMER:

Information contained and transmitted by this E-MAIL including any attachment is proprietary to Kayem Pharmaceutical Pvt Ltd and is intended solely for the addressee/s, and may contain information that is privileged, confidential or exempt from disclosure under applicable law. Access to this e-mail and/or to the attachment by anyone else is unauthorized. If this is a forwarded message, the content and the views expressed in this E-MAIL may not reflect those of the Company. If you are not the intended recipient, an agent of the intended recipient or a person responsible for delivering the information to the named recipient, you are notified that any use, distribution, transmission, printing, copying or dissemination of this information in any way or in any manner is strictly prohibited. If you are not the intended recipient of this mail kindly delete from your system and inform the sender. There is no guarantee that the integrity of this communication has been maintained and nor is this communication free of viruses, interceptions or interference.

----- Original Message -----
From: "Randy Blades" ▮▮▮▮▮▮▮▮▮▮
To: ▮▮▮▮▮▮▮▮▮▮
Sent: Wednesday, March 16, 2011 6:20 PM
Subject: Re: Pentobarbitol

>
> Thank you Chris. I will get back to you. Do you take state purchase
> orders?
> Also what quantity of Pentobarbitol are we talking about to manufactor?
> Randy Blades
>
> Sent from my Verizon Wireless Phone
>
> ----- Reply message -----
> From: "Chris Harris" ▮▮▮▮▮▮▮▮▮▮

> Date: Wed, Mar 16, 2011 5:46 am
> Subject: Pentobarbitol
> To: "Randy Blades"
>
>
> Hi Randy,
>
> It was nice talking to you on the phone yesterday and as discussed I am
> mentioning all details below.
>
> The Pentobarbital we are not able to supply as we do not have that in
> stock.
> We can manufacture it but the quantity will need to be large for the order
> and I am sure you would not require such a large quantity.
>
> However we can supply you with Sodium Thiopental 1gm Vials at $15 per Vial
> with the minimum order quantity being 500 Vials. We have supplied this to
> Nebraska and have also just shipped to South Dakota. Other states are also
> placing their orders with us.
>
> Do let me know how you wish to proceed.
>
> Regards,
> Chris Harris
> Director Sales & Marketing
> KAYEM Pharmaceuticals Pvt. Ltd.
>
> Mumbai - 400 103,
> Maharashtra,
> India
> Phone ( Direct ):
> Cell:
> Fax:
> www.kayempharma.com
>
> DISCLAIMER:
>
> Information contained and transmitted by this E-MAIL including any
> attachment is proprietary to Kayem Pharmaceutical Pvt Ltd and is intended
> solely for the addressee/s, and may contain information that is
> privileged,
> confidential or exempt from disclosure under applicable law. Access to
> this
> e-mail and/or to the attachment by anyone else is unauthorized. If this is
> a
> forwarded message, the content and the views expressed in this E-MAIL may
> not reflect those of the Company. If you are not the intended recipient,
> an
> agent of the intended recipient or a person responsible for delivering the
> information to the named recipient, you are notified that any use,
> distribution, transmission, printing, copying or dissemination of this
> information in any way or in any manner is strictly prohibited. If you are
> not the intended recipient of this mail kindly delete from your system and
> inform the sender. There is no guarantee that the integrity of this
> communication has been maintained and nor is this communication free of

```
> viruses, Interceptions or Interference.
>
>
> ----- Original Message -----
> From: "Randy Blades"
> To:
> Sent: Tuesday, March 15, 2011 9:46 PM
> Subject: Pentobarbitol
>
>
> Mr. Harris
>
> I am contacting you inquiring about the availability of Pentobarbitol.
>
> Thank you
>
>
> Randy Blades
> Warden
> Idaho Maximum Security Institution
>
>
>
>
>
```