# EXHIBIT 14

06-05-'14 15:21 FROM-          T-058 P0001/0001 F-198

ARIZONA DEPARTMENT OF CORRECTIONS

**Request for Purchase / Purchase Order**    May 1/20/14

Purchase Order Number:

| RFP Number | Activity Manager and Date* | AZ Contract Number |
|---|---|---|
| Budget Unit: ASPC-F WARDEN | Budget Group Authority and Date* | Purchasing and Date* |
| Date Prepared: 01/13/2014 | Index / PCA | Accounting and Date* |
| Requestor and Phone*: CARSON MCWILLIAMS | Compt Obj | Vendor Number and Mail Code |

| Vendor | Ship To: ASPC-FLORENCE, 1305 E BUTTE AVE, FLORENCE, AZ 85132 | Bill To: ASPC-FLORENCE, P.O. BOX 629, FLORENCE, AZ 85132 |
|---|---|---|
| Phone Number | Attn and M/C: WAREHOUSE | Customer Number |

| Line No. | Qty | Unit | Commodity No. | Description | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 01 | 5 | EA | | HYDROMORPHONE 5ML AMP | 68.90 | 344.50 |
| 02 | 5 | EA | | MIDAZOLAM HCL DMG/ML VIAL 10 ML | 115.35 | 576.75 |
| | | | | Subtotal | | $921.25 |
| | | | | Tax | | |
| | | | | Freight | | $8.95 |
| | | | | Total | | 930.20 |

Delivery Required    Terms**    FOB

Received and Date* - I certify this order received except as noted above.

Authorized Agent and Date*+   1/13/14

* Requires signature
~ Signature must be on file with Financial Services Bureau as authorized to sign RFP
+ Signature must be on file with the Financial Services Bureau as authorized to sign encumbrances/purchase orders
** See reverse side for State of Arizona Purchase Order Terms and Conditions

Distribution: Original - Vendor   Copy - Accounting   Copy - Budget Group Authority   Copy - Receiver   Copy - Purchasing

302-2P 1/24/02