# EXHIBIT 15

[redacted]

## *Certified Reference Material CRM*

CERTIFIED WEIGHT REPORT

**Part Number:** [redacted]
**Lot Number:**
**Description:** Pentobarbital sodium salt

**Expiration Date:** 070324
**Recommended Storage:** Refrigerate (4 °C)
**Mass(g):** 250.0
**NIST Test ID#:** [redacted] [redacted] Balance Uncertainty

| | |
|---|---|
| [redacted] | 070319 |
| Formulated By: [redacted] | DATE |
| [redacted] | 070319 |
| Reviewed By: [redacted] | DATE |

| | Compound | RM# | Lot Number | Purity (%) | Uncertainty Purity (%) | Assay (%) | Target Weight (g) | Actual Weight (g) | CAS# | OSHA PEL (TWA) | LD50 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Pentobarbital sodium salt | [redacted] | | 100 | 0.5 | 90.7 | 250.0000 | 252.8 | [redacted] | N/A | N/A |

SDS Information (Solvent Safety Info. On Attached pg.)

**Method:** USP-30
**Injection Volume:** 10$\mu$L
**Column:** Ascentis $C_{18}$ (250mm X 4.6mm ID X 5$\mu$m df)
**Column Temp.:** 40°C
**Flowrate:** 1.0mL/min
**Mobile Phase:** 0.01M $KH_2PO_4$(aq):Acetonitrile (65:35); pH=3.5 (HCl)
**Mobile Phase Profile:** Isocratic
**Detector:** UV-VIS (Sample=214,04 Reference=450,80)
**Analyst:** [redacted]

| Peak No. | Analyte | UV-VIS RT (min.) |
|---|---|---|
| 1 | Pentobarbital | 10.55 |

Part # [redacted] Lot # [redacted]

Printed: 11/18/2019, 4:27 PM

