# EXHIBIT 16

# Certificate of Analysis

| Customer: | | Project: | |
|---|---|---|---|
| Contract: | | Document: | |
| Phase: Commercial | | Report Date: | |
| Testing Site: | | LIR/DEV: N/A | |
| | | Raw Data: N/A | |
| Sample: Pentobarbital Sodium Injection, 50 mg/mL, 50 mL vial, USP | | Specification: | |
| Lot: | | | |

| Test | Method/ Date Tested | Acceptance Criteria | Result |
|---|---|---|---|
| Appearance | TP25481.20 | Clear colorless solution essentially free from visible particulate matter in a clear glass vial. | Conforms<br>Clear colorless solution essentially free from visible particulate matter in a clear glass vial |
| Color of Solution | TP69530.02 | The solution is not more intensely colored than reference solution $B_9$. | Conforms<br>The solution is not more intensely colored than reference solution B9 |
| Identification by Retention Time | TP69477.04 | The retention time of the Pentobarbital peak in the sample injection should match the average retention time of the Pentobarbital peak in the bracketing standard injections within 2.0 %. | Conforms |
| Identification by UV-Spectrum (PDA) | TP69477.04 | The UV spectrum of the Pentobarbital peak in the sample injection should match the UV spectrum of the Pentobarbital peak in the bracketing standard injections. | Conforms |
| Assay by HPLC (Pentobarbital Sodium) | TP69477.04 | 92.0 - 108.0% LC | Conforms<br>99.9% |
| pH | TP05627.26 | 9.0 - 10.0 | Conforms<br>9.6 |
| Related Compounds by HPLC (percent w/w of Pentobarbital Sodium label claim) | TP69478.06 | Malonuric Acid Derivative ~ RRT 0.7: NMT 0.5% w/w<br>Individual Unknown Impurities: NMT 0.2 % w/w<br>Total Impurities: NMT 1.0 % w/w | Conforms<br><0.10% w/w<br><0.10% w/w<br><0.10% w/w |
| Ethanol Content | TP69479.05 | 8.5 – 11.5% v/v | Conforms<br>9.5% v/v |
| Propylene Glycol Content | TP69479.05 | 36.0 - 44.0% v/v | Conforms<br>39.0% v/v |

OFFICIAL COPY

Page 1 of 2

# Certificate of Analysis

| Customer: | |
|---|---|
| Contract: | |
| Phase: Commercial | |

| Project: | |
|---|---|
| Document: | |
| Report Date: | |

Testing Site:

LIR/DEV: N/A
Raw Data: N/A

Sample: Pentobarbital Sodium Injection, 50 mg/mL, 50 mL vial, USP
Lot:

Specification:

| Test | Method/ Date Tested | Acceptance Criteria | Result |
|---|---|---|---|
| Volume in Container | TP07351.13 cUSP/NF <697> | NLT 50 mL | Conforms 52 mL |
| Particulate Matter | TP00036.31 | ≥10 µm: NMT 6,000 per container<br>≥25 µm: NMT 600 per container | Conforms<br>103 particles<br>7 particles |
| Sterility | TP69529.00 | Meets the cUSP <71> Sterility requirements. | Conforms |
| Bacterial Endotoxins | TP69528.00 | NMT 0.7 EU/mg | Conforms<br>Beg: <0.08 EU/mg<br>Mid: <0.08 EU/mg<br>End: <0.08 EU/mg |

Residual Solvent Information: The materials used to manufacture Pentobarbital Sodium Injection are found to meet requirements of USP <467> Option 1 with the exception of ethanol. Ethanol is routinely tested and controlled by the finished product specification and test results must comply with the limit established in the specification.

Elemental Impurities Information: Elemental impurity testing for Pentobarbital Sodium Injection (50 mg/mL, 50 mL vial) met the requirements of USP <232> and ICH Q3D Option 3 parenteral route of administration. Elemental impurities have been shown to not exceed 30% of the Option 3 elemental impurities limits. No further elemental impurity test requirements.

OFFICIAL COPY