UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **SUBPOENA ISSUED TO TENNESSEE DEPARTMENT OF CORRECTION BY GERALD ROSS PIZZUTO, JR.** | ) | **Civil No. 3:25-mc-00003** |
| | ) | **Judge Aleta A. Trauger** |
| **GERALD ROSS PIZZUTO, JR.**<br>**Plaintiff,** | ) | |
| **v.** | ) | |
| **BREE DERRICK, et al.,**<br>**Defendant.** | ) | |

**NOTICE OF APPEAL**

Plaintiff Gerald Ross Pizzuto, Jr. hereby provides notice that he is appealing to the United States Court of Appeals for the Sixth Circuit from the order dated July 15, 2025 granting the motion to quash the third-party subpoena served on the Tennessee Department of Correction (Dkt. 15) and the order dated August 29, 2025 denying the motion for the district court to review that ruling (Dkt. 21).

DATED this 16th day of September 2025.

Respectfully submitted,

/s/ Jonah J. Horwitz
Jonah J. Horwitz, Esq.
FED. DEFENDER SERVICES OF IDAHO
702 W. Idaho St., Ste. 900
Boise, ID 83705
(208) 331-5530
Jonah_Horwitz@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of September 2025 I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which is designed to send a Notice of Electronic Filing to persons including the following:

Cody Brandon
Cody.Brandon@ag.tn.gov

David Wickenheiser
David.Wickenheiser@ag.tn.gov

Mary McCullohs
Marh.McCullohs@ag.tn.gov

Matthew Kubicek
Matthew.Kubicek@ag.tn.gov

/s/ L. Hollis Ruggieri
L. Hollis Ruggieri